# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AUDREY FOBER,** | ) Case No. 8:17-cv-00851-CJC (DFMx) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **CAPITAL ONE BANK (USA), N.A.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 4th day of October, 2017.

_____
The Honorable Cormac J. Carney